RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR 3  A 10: 11
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Harold Twyman 299910_ )
Full name and prison number )
of plaintiff(s) )
)
)
v. )
)
)
)
_Ala. D.O.C Jerry Miller_ )  CIVIL ACTION NO. _2007 cv 132 - WKW_
)  (To be supplied by Clerk of
_Robert Esco - Sgt_ )  U.S. District Court)
)
_Ivan Corbitt - officer_ )
)
_Melissa Estes - Classification_ )
)
_Pete Hamm  &  Lewis_ )
Name of person (s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )
)

I.  PREVIOUS LAWSUITS
  A.  Have you begun other lawsuits in state or federal court dealing with
      the    same   or   similar   facts   involved   in   this
      action?  YES ( )  NO ( ✓ )

  B.  Have you begun other lawsuits in state or federal court relating to your
      imprisonment?  YES ( )  NO ( ✓ )

  C.  If your answer to A or B is yes, describe each lawsuit in the space
      below. (If there is more than one lawsuit, describe the additional
      lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff(s) _____

          _____

          Defendant(s) _____

          _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _7-4-06_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore Corr. Facility, P.O. Box 8, Elmore, Ala. 36025_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Robert Esco - Sgt | |
| 2. Pete Hamm - officer | Elmore C.F |
| 3. Melissa Estes - Class. | PO Box #8 |
| 4. Wan Corbitt - officer | Elmore, Al |
| 5. Jerry Miller - Squad superv. | 36025 |
| 6. Lewis - Classification | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _June 6, 06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _My Eighth Amendment Right to U.S.C. was violated when Elmore Corr. Fac. & Staton HCU committed Deliberate Indifference._

SUPPORTING FACTS: _I have been disabled since 8-1988 for a back injury on the job. I had surgery in 1989. When I got to Elmore Corr. Fac. I signed for Dr. Williams at Staton to get medical files from Mt. Brooke hospial, but, he refused. I went to my Classification officer M. Estes, about it, and she ridiculed me about my disability. I then went to Sgt Esco about my inability to lift the heavy garbage cans when assigned to Sqd. #3 Recycling. He said, I had to do 90 days, which was painful for me._

GROUND TWO: _Ms. Estes, C.O.I Hamm, Corbitt, Lewis and the doctor at Staton HCU forced me to hurt myself._

SUPPORTING FACTS: _I applied for a job cleaning the floor, but was denied by Sgt. Esco. I went to classification Lewis & Estes and was ridiculed by them and was provided inadequate treatment at Staton Corr. Fac. H.C.U, which caused me to further injury myself, now I have a bump on my spinal area. The Dr. Williams at Staton said I've been injured as a result of heavy lifting. This was an act of diliberate inderrence Estelle v. Gamble 429 U.S 97, 106 (1976)_

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

appropriate medical treatment
each defendent to cover the cost
and punitive damages of $500,000.00
five hundred thousand dollars

*Harold Juryman*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __2-10-2007__ .
(Date)

*Harold Juryman*
Signature of plaintiff(s)

4

Harold Twyman 247910
Elmore Corr, Fac.
B2 34B
PO Box #8
Elmore, Alabama 36025

MIDDLE DIST. of Ala.
15 Lee St.
Montgomery, AL.
36104



