Case Number
2:07 CV 132-WKW
ID   YR   NUMBER
(To be completed by Court Clerk)

FEB 13 A 10: 10
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN FORMA PAUPERIS DECLARATION

_Middle District_
[Insert appropriate court]

HAROLD Twyman
(Petitioner)

vs.

ALA. D.O.C.) Legal Div.
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, HAROLD Twyman, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____   No ✓

   b. Rent payments, interest, or dividends?
      Yes _____   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes _____   No ✓

   d. Gifts or inheritances?
      Yes _____   No ✓

   e. Any other sources?
      Yes _____   No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No ✔

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No ✔

   If the answer is "yes", describe the property and state its approximate value.

   _____

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **NONE**

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on  2-9-2007
                  (Date)

   *Harold Twyman*
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __33.23__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __ELMORE CF__ institution:

__SEE ATTACHED__

_____

2/9/07
DATE

*Necole L. Osborne*
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                ELMORE CORRECTIONAL FACILITY


AIS #: 244910      NAME: TWYMAN, HAROLD             AS OF: 02/09/2007

                   # OF      AVG DAILY           MONTHLY
         MONTH     DAYS      BALANCE             DEPOSITS
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 19 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $177.06 | $265.17 |
| MAY | 31 | $120.80 | $0.00 |
| JUN | 30 | $29.67 | $30.00 |
| JUL | 31 | $17.40 | $100.00 |
| AUG | 31 | $16.12 | $100.00 |
| SEP | 30 | $21.31 | $130.00 |
| OCT | 31 | $32.82 | $0.00 |
| NOV | 30 | $5.06 | $30.00 |
| DEC | 31 | $4.42 | $30.00 |
| JAN | 31 | $18.80 | $120.00 |
| FEB | 9 | $33.23 | $50.00 |